BTXN 094 (rev. 5/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: ReoStar Energy Corporation § 
§ 
§    Case No.:
§ 
§ 
Debtor(s)    § 
§ 

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

■ is the first mail matrix in this case.

☐ adds entities not listed on previously filed mailing list(s).

☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.1, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

_11-2-2010_
Date

Signature of Debtor

Signature of Attorney (if applicable)

_20-8428738_
Debtor's Social Security *(last four digits only)* /Tax ID No.

Signature of Joint Debtor (if applicable)

Joint Debtor's Social Security *(last four digits only)* /Tax ID No.

Alan Rae
CMN, Inc.
2644 Kirkwood Highway
Suite 290
Newark, DE 19711


Alphagraphics
5836 Camp Bowie Blvd
Fort Worth, TX 76107


AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463


BCM Energy Partners LLC
245 Park Avenue, Fl 24
New York, NY 10167


Betsy Price
Tarrant Cnty Tax Assessor-Col
100 E. Weatherford
Fort Worth, TX 76196-0001


BlueCross Blue Shield of Texas
P. O. Box 660049
Dallas, TX 75266-0049


Bracewell & Giuliani LLP
P. O. Box 848566
Dallas, TX 75284-8566


Broadridge
P. O. Box 23487
Newark, NJ 07189

BT & MK Energy and Commodities
 LLC
350 Bedford Street, Suite 405
Stamford, CT 06901


CBEYOND
PO Box 848432
Dallas, TX 75284-8432


Ceridian
P. O. Box 10989
Newark, NJ 07193


Chase MC – Mark Zouvas
Cardmember Service
P. O. Box
Palatine, IL 60094-4014


Conpuforms Data Products Inc
2100 Baird Farm Road
Arlington, TX 76006


Cooke County Clerk
Cooke County Courthouse
216 W. Pecan
Gainesville, TX 76240


Corsicana ISD Tax Office
601 N. 13th Street
Corsicana, TX 75110


Dell Financial Services
Payment Processing Center
PO Box 5292
Carol Stream, IL 60197-5292

Denton County Clerk
1450 E. McKinney St. #11
Denton, TX 76209


EFIRE, LTD.
3880 Halen Street
Suite 510
Fort Worth, TX 76107


FedEx
P. O. Box 660481
Dallas, TX 75266-0481


Forrest A. Garb & Associates, Inc.
5310 Harvest Hill Road
Suite 275
Dallas, TX 75230-5805


Fort Dearborn Life Insurance Company
36788 Eagle Way
Chicago, IL 60678-1367


Frost Insurance
P. O. Box 33528
Fort Worth, TX 76162


Frost National Bank
P. O. Box 34746
San Antonio, TX 78265


Gas Finders, LLC
3920 Shavano Drive
Austin, TX 78749

Goodrich Postnikoff
777 Main Street
Suite 1360
Fort Worth, TX 76102


Greenberg Traurig, Attorneys at Law
3161 Michelson Drive
Suite 1000
Irvine, CA 92612-4410


Hulen South Tower Limited
c/o Isenberg Management Associates, Inc.
400 S. Zang Blvd., Ste 1020
Dallas, TX 75208


INC. PLAN (USA)
Trolley Square, Suite 26C
Wilmington, DE 19806


Imperial Credit Corporation
P. O. Box 200455
Dallas, TX 78320-0455


Isenberg Management
400 South Zang Blvd
Suite 1020
Dallas, TX 75208


Jean-Baptiste Heinzer
Geneva


Ken Douglas
5704 La Vista Dr
Dallas, TX 75206

Killman, Murrell & Company PC
1931 E. 37th Street, Suite 7
Odessa, TX 79762


Mark Zouvas
3880 Hulen Street
Suite 500
Fort Worth, TX 76107


Russell P Hudson, Tax Assessor
Navarro County
PO Box 1070
Corsicana, TX 75151-1070


Nevada Agency and Trust Company
50 West Liberty Street
Suite 880
Reno, NV 89501


On-Site Computer Solutions
5912 Sea Breeze Lane
Fort Worth, TX 76135


Paychex
8605 Freeport Pkwy, Suite 100
Irving, TX 75063


PetroGrowth Advisors
433 E. Las Colinas Blvd, St.
Irving, TX 75039


PG Energy Holdings, LP
433 E. Las Colinas Blvd., Ste 1200
Irving, TX 75039

Case 10-47176-dml11  Doc 9  Filed 11/02/10  Entered 11/02/10 18:34:24  Desc Main
Document   Page 6 of 9

Precision Edgar
PO Box 864652
Plano, TX 75086-4652


Premium Assignment
P. O. Box 3100
Tallahassee, FL 32315-3100


Railroad Commission of Texas
P.O. Box 12967
Austin, TX 78711-2967


Rife Energy Operating
3880 Hulen
Ste 510
Fort Worth, TX 76107-5111


Robert A. Lambert
608 South Lamar
Eastland, TX 76448


Scott Allen
5005 Oak Mill Drive
Fort Worth, TX 76135


Securities Transfer corporation
2591 Dallas Parkway
Suite 102
Frisco, TX 75034


Susan Hughes
Rt. 1, Box 343
Forestburg, TX 76239

Tarrant Cnty Tax Assessor-Col
100 E. Weatherford
Fort Worth, TX 76196-0001


Texas Mutual Insurance Company
P. O. Box 841843
Dallas, TX 75284-1843


The Economist
PO Box 46978
St. Louis, MO 63146-6978


Tommy Lou Inglish Moore
1217 Canden Hunt Drive
Lawrenceville, GA 30243


Tritaurian Capital, Inc.
500 East 77th St, Suite 902
New York, NY 10162


Vern Wilson
4606 Bogey Ct
College Station, TX 77845


Westron Communications
3310 Keller Springs Road
Suite 100
Carrollton, TX 75005


Tami King
White County Circuit Clerk/Recorder
300 N. Spruce
Searcy, AR 72143

Wise County Clerk
200 N. Trinity Street
Decatur, TX 76234


U.S. Securities and Exchange Commission
Division of Corporate finance
100 F. Street, NE
Washington, DC 20549-7010


Internal Revenue Service
Ogden, UT 84201

William T. Neary, United States Trustee
Earle Cabell Federal Building
1100 Commerce Street
Room 976
Dallas, TX 75242