B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### AMENDED

In re  ReoStar Energy Corporation ,  Case No. 10-47176

Debtor

Chapter 11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | NO | 0 | $ 13,000,000.00 | | |
| B - Personal Property | NO | 0 | $ 2,335,336.95 | | |
| C - Property Claimed as Exempt | NO | 0 | | | |
| D - Creditors Holding Secured Claims | NO | 0 | | $ 11,111,942.49 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | NO | 0 | | $ 112,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 6 | | $ 5,167,470.08 | |
| G - Executory Contracts and Unexpired Leases | YES | 2 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ |
| TOTAL | | 8 | $ 15,335,337.00 | $ 16,391,412.57 | |

B 6F (Official Form 6F) (12/07)

AMENDED

In re ReoStar Energy Corporation , Case No. 10-47176
         Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Efire, Ltd.<br>3880 Hulen Street, Suite 510<br>Fort Worth, TX 76107 | | | Note Payable dated December 31, 2007 renewed October 1, 2008 | | | | 3,194,593.72 |
| ACCOUNT NO.<br>Efire, Ltd.<br>3880 Hulen Street, Suite 510<br>Fort Worth, TX 76107 | | | Accrued Interest on Note Payable | | | | 86,145.52 |
| ACCOUNT NO.<br>Efire, Ltd.<br>3880 Hulen Street, Suite 510<br>Fort Worth, TX 76107 | | | Cash advanced October 28, 2010 | | | | 50,000.00 |
| ACCOUNT NO.<br>Rife Energy Operating, Inc.<br>3880 Hulen Street, Suite 510<br>Fort Worth, TX 76107 | | | Joint Interest Billing Payables subject to setoff against related party receivable | | | X | 860,003.73 |

Subtotal▶ $ 4,190,742.97

_4_ continuation sheets attached

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  ReoStar Energy Corporation          ,          Case No. 10-47176
                Debtor                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Killman, Murrell & Co PC<br>1931 E. 37th St., Ste 7<br>Odessa, TX 79762 | | | Auditing Fees - FYE 3/31/2010 & FQE 6/30/2010 | | | | 30,957.00 |
| ACCOUNT NO.<br>R. J. Faulkner & Co<br>PO Box 310<br>Spicewood, TX 78669 | | | Investor Relations consulting | | | X | 12,500.00 |
| ACCOUNT NO.<br>Jean-Baptiste Heinzer<br>jb.heinzer@gmail.com<br>Geneva, Switzerland | | | Accrued director fees | | | | 12,000.00 |
| ACCOUNT NO.<br>Alan Rae<br>2644 Kirkwood Hwy, Ste 290<br>Newark, DE 19711 | | | Accrued director fees | | | | 12,000.00 |
| ACCOUNT NO.<br>Goodrich Postnikoff<br>777 Main St., Ste 1360<br>Fort Worth, TX 76102 | | | Legal Fees | | | | 6,120.00 |

Sheet no. 1 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 73,577.00

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  ReoStar Energy Corporation,    Case No. 10-47176
　　　　　　　Debtor　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 12-025-181695-8 <br> Imperial Credit Corporation <br> PO Box 200455 <br> Dallas, TX 78320-0455 | | | Property & Casualty Insurance | | | | 45,345.68 |
| ACCOUNT NO. <br> Hein & Associates LLP <br> 717 17th Street, 16th Floor <br> Denver, CO 80202 | | | Tax Return preparation fees for year ended March 31, 2009 | | | | 3,250.00 |
| ACCOUNT NO. <br> PG Energy Holdings LP <br> 433 E. Las Colinas, Ste 1200 <br> Irving, TX 75039 | | | Travel and printing costs reimbursement from July 2010 | | | | 2,362.18 |
| ACCOUNT NO. <br> Rife Energy Operating, Inc <br> 3880 Hulen Street Ste 510 <br> Fort Worth, TX 76107 | | | Federal Express mailing of shareholder consents from September 2010 | | | | 2,142.28 |
| ACCOUNT NO. <br> Corsicana ISD Tax Office <br> 601 N. 13th Street <br> Corsicana, TX 75110 | | | 2010 Real Estate property taxes | | | | 1,780.29 |

Sheet no. 2 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 54,880.43

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  ReoStar Energy Corporation                     ,           Case No.  10-47176
           Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Haas Petroleum Engineering<br>2100 Ross Avenue<br>Dallas, TX 75201 | | | Engineering consulting | | | | 1,126.25 |
| ACCOUNT NO.<br><br>Russel P Hudson Tax Coll.<br>PO Box 1070<br>Corsicana, TX 75151 | | | 2010 Real Estate property taxes | | | | 944.43 |
| ACCOUNT NO.<br><br>On-Site Computer Solution<br>5912 Sea Breeze Lane<br>Fort Worth, TX 76135 | | | Computer systems maintenance | | | | 392.50 |
| ACCOUNT NO.<br><br>Forrest Garb & Associates<br>5310 Harvest Hill, Ste 275<br>Dallas, TX 75230-5805 | | | Engineering consulting | | | | 330.00 |
| ACCOUNT NO.<br><br>Texas Mutual Insurance<br>PO Box 841843<br>Dallas, TX 75284-1843 | | | Workers Compensation Insurance | | | | 64.00 |

Sheet no. 3 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $ 2,857.18

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  ReoStar Energy Corporation ,    Case No. 10-47176
         Debtor                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Mark Zouvas<br>2959 Magnolia Court<br>Dallas, TX 75201 | | | Note Payable renewed October 1, 2008 | | | | 324,330.00 |
| ACCOUNT NO.<br>Mark Zouvas<br>2959 Magnolia Court<br>Dallas, TX 7520 | | | Unpaid Accrued Interest on Note Payable | | | | 69,461.60 |
| ACCOUNT NO.<br>Tritaurian Capital, Inc.<br>1365 York Avenue, Ste 23B<br>New York, NY 10021 | | | Investment banking service engagement dated July 9, 2009 | | | | 162,252.50 |
| ACCOUNT NO.<br>Bracewell & Giuliani LLP<br>PO Box 848566<br>Dallas, TX 75284-8566 | | | Legal Services performed for Senior Secured Lender in connection with credit facility | | | X | 79,235.19 |
| ACCOUNT NO.<br>Greenbert, Traurig LLP<br>3161 Michelson Dr Ste 1000<br>Irvine, CA 92612 | | | Legal Fees | | | | 76,304.32 |

Sheet no. 4 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  711,583.61

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  ReoStar Energy Corporation ,   Case No. 10-47176
                      Debtor                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TX MOR, Inc.<br>3880 Hulen Street, Suite 510<br>Fort Worth, TX 76107 | | | Sept 2007 - March 2010<br>Costs related to East Texas operations<br>Subject to setoff | | | | 133,828.89 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 5 of 5 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 133,828.89

Total▶ $ 5,167,470.08
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)    AMENDED

In re  ReoStar Energy Corporation             ,    Case No. 10-47176
            Debtor                                            (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Hulen South Tower Limited<br>C/O Isenberg Management<br>400 S. Zang Blvd, Suite 1020<br>Dallas, TX 75208 | NonResidential Real Estate Lease - office space located at 3880 Hulen, Suite 500 Fort Worth, TX 76107 |
| Various Oil and Gas Leases located in Cooke, Wise, and Montague Counties - See Schedule G-1 Attached | Oil and Gas Leases |
| Various Oil and Gas Leases located in Navarro County, Texas - See Schedule G-2 Attached | Oil and Gas Leases |
| Mark Zouvas<br>2959 Magnolia Court<br>Dallas, TX 75201 | Employment Contract dated July 2008 |
| Scott Allen<br>5005 Oak Mill Drive<br>Fort Worth, TX 76135 | Employment Contract dated July 2008 |
| Rife Energy Operating, Inc<br>3880 Hulen Street, Suite 510<br>Fort Worth, TX 76107 | Oil and Gas Standard Operating Agreement on all Oil and gas wells located in Cooke, Wise, and Montague Counties |

B 6G (Official Form 6G) (12/07)

In re  ReoStar Energy Corporation            ,          Case No. 10-47176
               Debtor                                                    (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ReoStar Operating, Inc.<br>3880 Hulen Street, Suite 500<br>Fort Worth, TX 76107 | Oil and Gas Standard Operating Agreement related to the oil and gas wells located in Navarro County, Texas |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Continuation Page 1 of 1

B6 Declaration (Official Form 6 - Declaration) (12/07)   AMENDED

In re __ReoStar Energy Corporation__,   Case No. __10-47176__
             Debtor                                                                (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __9__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____   Signature: _____
                                                                                          Debtor

Date _____   Signature: _____
                                                                                         (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

    I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____   _____
Printed or Typed Name and Title, if any,   Social Security No.
of Bankruptcy Petition Preparer   *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X _____   _____
   Signature of Bankruptcy Petition Preparer   Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the __Chairman and CEO__ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the __ReoStar Energy Corporation__ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __9__ sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date __12/17/2010__

Signature: __/s/ M. O. "Trey" Rife, III__

                                                        __M. O. "Trey" Rife, III__
                                               [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.